**2005–0357. State ex rel. Coleman v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0360. State ex rel. Beal v. Sadler.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0363. State ex rel. Smith v. Court of Appeals, Eleventh Appellate Dist.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0442. State ex rel. Lozada v. Callahan.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0461. State ex rel. Degler v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Michael L. Degler, Jr. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2004–1104. Smith v. Leis.**
Hamilton App. No. C–040273. Sua sponte, the court orders this cause to be scheduled for oral argument.
O'DONNELL, J., dissents.

**2005–0227. Norwood v. Horney.**
Hamilton App. No. C–040683. On motion of appellee Rookwood Partners, Ltd. to dissolve and/or modify stays and injunctions and motion of appellee City of Norwood to dissolve the injunction or, in the alternative, to set a bond to protect the city's interests. Motions denied.

**2005–0228. Norwood v. Gamble.**
Hamilton App. No. C–040783. On motion of appellee Rookwood Partners, Ltd. to dissolve and/or modify stay and injunction and motion of appellee City of Norwood to dissolve the injunction or, in the alternative, to set a bond to protect the city's interests. Motions denied.